# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | |
|---|---|
| CECIL KELLY AND RENEE KELLY, | ) |
| Plaintiff, | ) |
| v. | ) CV619-051 |
| AMERICAN MULTI-CINEMA, INC., *et al*. | ) |
| Defendants. | ) |

## ORDER

The parties in this removed personal injury action have filed the report required by Fed. R. Civ. P. 26(f). Doc. 10. However, contrary to the district judge's instruction order, *see* doc. 2 at 2, they neglected to submit that report in the required format. A template for the required format is provided at https://www.gasd.uscourts.gov/Judge-Baker-Civil-Cases. Counsel are, therefore, **DIRECTED** to complete the required form and resubmit their report within fourteen days.

**SO ORDERED,** this 1st day of July, 2019.

/s/ Christopher L. Ray
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA