# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# STATESBORO DIVISION

| | | |
|---|---|---|
| CECIL KELLY and RENEE KELLY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CV619-051 |
| | ) | |
| AMERICAN MULTI-CINEMA, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The Court previously held a Telephonic Status Conference, *see* docs. 56 & 57, during which the parties discussed certain discovery deadlines and jurisdictional issues. During that conference, the plaintiff indicated an intent to dismiss defendants Paul and Smith. The Court directed the parties to file the necessary documents within seven days of the conference. To date, no such dismissals have been forthcoming. Accordingly, the parties are **DIRECTED** to inform the Court no later than noon on Friday August 7, 2020 whether they intend to dismiss any defendants.

**SO ORDERED,** this 5th day of August, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA