IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| CECIL KELLY; and RENEE KELLY, | |
| Plaintiffs, | CIVIL ACTION NO.: 6:19-cv-51 |
| v. | |
| AMERICAN MULTI-CINEMA, INC., | |
| Defendant. | |

**O R D E R**

Before the Court is the Stipulation of Dismissal With Prejudice signed and filed by counsel for Plaintiffs and counsel for Defendant on February 19, 2021, wherein the parties stipulate to the dismissal of this case with prejudice, with each party to bear its own attorney's fees and costs associated with the action. (Doc. 70.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action **WITH PREJUDICE**. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 25th day of February, 2021.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA